AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ **District of** _____ CALIFORNIA _____

DARRELL L. WILKINS,
        Plaintiff

V.

COMMISSIONER of SOCIAL SECURITY,
        Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:09-AT-00341

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this __15th__ day of _____ May _____, __2009__.

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer