Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Darrell L. Wilkins

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL L. WILKINS,<br><br>         Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant. | Case No.: 1:09 CV 874 SMS<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920; ORDER THEREON |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Darrell L. Wilkins be awarded attorney fees and expenses in the amount of THREE THOUSAND FIVE HUNDRED dollars ($3,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1  After the Court issues an order for EAJA fees to Darrell L. Wilkins, the
2  government will consider the matter of Darrell L. Wilkins's assignment of EAJA
3  fees to Steven G. Rosales. Pursuant to *Astrue v. Ratliff*, ___ U.S. ___, 2010 WL
4  2346547 (June 14, 2010), the ability to honor the assignment will depend on
5  whether the fees are subject to any offset allowed under the United States
6  Department of the Treasury's Offset Program. After the order for EAJA fees is
7  entered, the government will determine whether they are subject to any offset.

8  Fees shall be made payable to Darrell L. Wilkins, but if the Department of
9  the Treasury determines that Darrell L. Wilkins does not owe a federal debt, then
10 the government shall cause the payment of fees, expenses and costs to be made
11 directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
12 executed by Darrell L. Wilkins. Any payments made shall be delivered to Steven
13 G. Rosales.

14 This stipulation constitutes a compromise settlement of Darrell L. Wilkins's
15 request for EAJA attorney fees, and does not constitute an admission of liability on
16 the part of Defendant under the EAJA. Payment of the agreed amount shall
17 constitute a complete release from, and bar to, any and all claims that Darrell L.
18 Wilkins and/or Steven G. Rosales including Law Offices of Lawrence D. Rohlfing
19 may have relating to EAJA attorney fees in connection with this action.

20 Steven G. Rosales reserves the right to contend that any non-payment caused
21 by the collection of a federal debt owed by Darrell L. Wilkins violates 31 C.F.R. §
22 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009). Nothing in
23 this stipulation shall be construed as an admission by Steven G. Rosales that the
24 Government has the right or authority to offset the fees due and payable pursuant
25 to this stipulation.

26

This award is without prejudice to the rights of Steven G. Rosales and/or Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: October 19, 2010  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Steven G. Rosales*
Steven G. Rosales
Attorney for plaintiff Darrell L. Wilkins

DATED: October 21, 2010  BENJAMIN B. WAGNER
United States Attorney

/s/ *Armand D. Roth*

Armand D. Roth
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Darrell L. Wilkins

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL L. WILKINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 1:09 CV 874 SMS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS HEREBY ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

**IT IS SO ORDERED.**

**Dated:　October 26, 2010**　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**